Jeffrey L. Bornstein – SBN 99358
jeff.bornstein@klgates.com
Daniel W. Fox – SBN 268757
daniel.fox@klgates.com9
Peter E. Soskin – SBN 280347
peter.soskin@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111
Telephone:   (415) 882-8200
Facsimile:    (415) 882-8220

Attorneys for CHARLES ACOSTA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>CHARLES ACOSTA,<br><br>                        Defendant. | Case No.  14-cr-00528-YGR (DMR)<br><br>**STIPULATION AND  ORDER TO SET CHANGE OF PLEA BEFORE THE MAGISTRATE AND SET SENTENCING DATE BEFORE HONORABLE YVONNE GONZALEZ ROGERS**<br><br>Judge:    Honorable Yvonne Gonzalez Rogers |

1  IT IS HEREBY STIPULATED by and between the United States and Defendant Charles
2  Acosta ("Mr. Acosta") that the status conference set for today, March 12, before the Honorable
3  Yvonne Gonzalez Rogers, shall be taken off calendar because Mr. Acosta has not yet been able to
4  schedule his change of plea hearing before the magistrate judge.
5  The parties anticipate that the change of plea hearing will be held on either March 13 or
6  March 16, and therefore request that the Court sent a sentencing date for Mr. Acosta on June 18.
7  1. Pursuant to Criminal Local Rule 7-1(b)(14) and the consent of Mr. Acosta and the
8  United States, Mr. Acosta is referred to Magistrate Judge Kandis A. Westmore to conduct
9  proceedings required by Federal Rule of Criminal Procedure 11 to take place on March 13, 2015 at
10 9:30 a.m., or as soon thereafter as the Court can schedule it.
11 2. The Magistrate Judge shall prepare a Report and Recommendation.
12 3. The parties stipulate that this matter shall be set for sentencing on June 18, 2015 at 2PM
13 before the Honorable Yvonne Gonzalez Rogers.
14 4. Mr. Acosta is referred to the United States Probation Office for preparation of a
15 presentence report once his change of plea is entered.

**IT IS SO STIPULATED.**

Respectfully submitted,

K&L GATES LLP

Dated: March 12, 2015  By: */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein
Daniel W. Fox
Peter E. Soskin
Attorneys for CHARLES ACOSTA

UNITED STATES ATTORNEY'S OFFICE

Dated: March 12, 2015  By: */s/ William Frentzen*
William Frentzen
Assistant United States Attorney

14-cr-00528-YGR   2
**STIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA BEFORE THE MAGISTRATE AND SET SENTENCING DATE BEFORE HONORABLE YVONNE GONZALEZ ROGERS**

**ORDER**

**IT IS SO ORDERED.**

Dated: March 12, 2015        By: _____
                             Honorable Yvonne Gonzalez Rogers
                             United States District Court Judge

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA BEFORE THE MAGISTRATE AND SET SENTENCING DATE BEFORE HONORABLE YVONNE GONZALEZ ROGERS** has been obtained from signatory William Frentzen, in compliance with General Order 45, X.B.

Dated: March 12, 2015          By:  */s/ Jeffrey L. Bornstein*
                                    Jeffrey L. Bornstein