# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br>vs.<br>**CHARLES ACOSTA,**<br>    Defendant. | CASE NO. 14-cr-00528-YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR *IN CAMERA* REVIEW** |

On October 28, 2016, third-party movant the Oakland Charter of the Hells Angels Motorcycle Club ("Hells Angels") filed a motion for return of property seized by the government in connection with the above-captioned criminal matter. (Dkt. No. 67, Motion.) On April 19, 2017, the Court ordered the government to respond to the motion. (Dkt. No. 68.) The government responded on May 10, 2017, opposing the motion on the grounds that it requests to set forth *in camera*.

Having considered the government's request, the Court **DENIES WITHOUT PREJUDICE** the government's request for failure to make an adequate showing of why such *in camera* review should be allowed. Any additional submission by the government shall be due on May 31, 2017. If no additional submission is filed, Hells Angels' Motion will be granted.

**IT IS SO ORDERED.**

Dated: May 26, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**