# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>vs.<br>**CHARLES ACOSTA,**<br>Defendant. | CASE NO. 14-cr-00528-YGR-1<br><br>**ORDER REGARDING NOTICE OF MOTION AND MOTION FOR RETURN OF PROPERTY**<br><br>Re: Dkt. No. 67 |

On October 28, 2016, third-party movant Hells Angels Motorcycle Club ("Hells Angels") filed a motion for the return of certain property seized by the government in connection with the above-captioned criminal matter. (Dkt. No. 67.) On April 19, 2017, the Court ordered the government to respond to Hells Angels' motion. (Dkt. No. 68.) On May 10, 2017, the government responded by requesting an *in camera* review but made no showing as to why such *in camera* review should be allowed. (Dkt. No. 69.) On May 26, 2017, the Court ordered the government to show cause as to why such *in camera* review should be allowed. The court instructed the government that if the government failed to file an additional submission the Court would grant Hells Angels' motion. (Dkt. No. 71.) The government filed an additional submission on May 31, 2017, but made no showing as to why *in camera* review should be allowed. (Dkt. No. 72.)

Thus, the Court **ORDERS** as follows: The government's request for *in camera* review is **DENIED**. Hells Angels' motion for the return of certain property seized by the government in connection with the above-captioned criminal matter is **GRANTED.**

This terminates Dkt. No. 67.

**IT IS SO ORDERED.**

Dated: June 1, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**